1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE               No.  1:14-cv-01366-AWI-GSA
    UNITED FOOD AND COMMERCIAL
12  WORKERS NATIONAL HEALTH AND
    WELFARE FUND,
13                                          **ORDER OF DISMISSAL**
                   Plaintiff,
14
          v.
15
    GIBSON WINE COMPANY, and DOES 1
16  THROUGH 50,

17                 Defendants.

18

19          Pursuant to plaintiff's notice of dismissal filed May 20, 2015, and defendants' joinder

20  filed  May 21, 2015, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

21          IT IS HEREBY ORDERED that this matter be dismissed without prejudice, each party to

22  bear its own costs, attorney fees and expenses. The Clerk is directed to close this case.

23
    IT IS SO ORDERED.
24
    Dated:   May 22, 2015                    _____
25
                                             SENIOR  DISTRICT  JUDGE
26

27

28
                                             1